# United States District Court
## Eastern District of Wisconsin

JUDGMENT IN A CIVIL ACTION

**JILL A. WHITCOMB,**
        Plaintiff,

v.                         Case No. 13-C-990

**SYLVIA MATHEWS BURWELL,**
        Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is **remanded** to the Secretary for further proceedings in accordance with this court's decision.

    **IT IS ALSO ORDERED** that this action be and hereby is **dismissed**.

Date: May 27, 2015

                                            Jon W. Sanfilippo, Clerk of Court
                                            EASTERN DISTRICT OF WISCONSIN
                                            (By) Deputy Clerk, s/ Amanda S. Chasteen
                                            Approved this 27th day of May, 2015.

                                            WILLIAM E. DUFFIN
                                            United States Magistrate Judge